**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In Re:**

| | |
|---|---|
| **Jerry L. Baldwin,** | **Case No: 25-33283-KHK** |
| **Debtor.** | **Chapter 13** |

## <u>MOTION TO DISMISS OR CONVERT CASE</u>

COMES NOW, Michael R. Jones, chapter 13 Trustee (the "**Trustee**"), by Counsel, and pursuant to 11 U.S.C. § 1307(c)(6) (the "**Bankruptcy Code**") moves the Court to Dismiss or Convert this case to a case under Chapter 7 of the Bankruptcy Code as to debtor, Jerry L. Baldwin (the "**Debtor**"), and in support thereof states as follows:

1. The Debtor filed this chapter 13 case on August 19, 2025.

2. Michael R. Jones was appointed as the Chapter 13 Trustee.

3. The Debtor's chapter 13 plan was confirmed by Order of this Court on April 16, 2026.

4. On information and belief, the Debtor passed away on March 24, 2026.

5. On information and belief, real estate located at 5200 Rock Spring Court, Richmond, VA 23234 (the "Rock Spring Property") was jointly owned by the Debtor and at least one other person. On information and belief, the Rock Spring Property was sold on or before May 15, 2026 following the Debtor's passing.

6. The Rock Spring Property was scheduled at a value of $250,300.00. *See* ECF No. 1.

7. The Debtor also disclosed real property located at 1709 Danhurst Drive, Midlothian, Va 23113 (the "Danhurst Drive Property"), valued at $390,100.00. *See* ECF No. 1.

_____
David N. Tabakin (VSBN 82709)
P.O. Box 1819
Richmond, VA 23218-1819
Tel:      804.237.6800
Email:   DavidTabakin@RichChap13.com
        *Counsel for Michael R. Jones, Chapter 13 Trustee*

8.     Given the Debtor's death, the case cannot continue in Chapter 13[1] and should either be dismissed or converted to a case under Chapter 7 to allow for a chapter 7 trustee to pursue claims against the individual who sold the Rock Spring Property without Court approval to recover funds for the benefit of the estate as well as to liquidate the Danhurst Drive Property for the benefit of the estate.

9.     The Trustee additionally requests that the Court also defer payment of the cost to convert the case until the case is Ordered converted.

**WHEREFORE**, the Chapter 13 Trustee, by Counsel, respectfully requests that the Court either a) convert this case to a case under Chapter 7 of the Bankruptcy Code and defer payment of the cost to convert the case until the case is Ordered converted, or b) dismiss the case.

/s/ *Michael R. Jones*
Michael R. Jones Chapter 13 Trustee

Respectfully submitted this June 22, 2026,

By Counsel:

/s/ *David N. Tabakin*
David N. Tabakin (VSBN 82709)
P.O. Box 1819
Richmond, VA 23218-1819
Tel:    804.237.6800
Email: DavidTabakin@RichChap13.com
        *Counsel for Michael R. Jones, Chapter 13 Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that I have this **23rd day of June 2026,** caused a true copy of the foregoing Motion to be delivered by mail, hand, or electronic delivery, to the Debtor **Jerry L. Baldwin, 12511 Spring Run Road, Chesterfield, VA 23832** and to all recipients of electronic filing via CM/ECF.

/s/ *David N. Tabakin*
David N. Tabakin (VSBN 82709)
        *Counsel for Michael R. Jones, Chapter 13 Trustee*

---

[1] As of the filing of this Motion, the Debtor is approximately $3,987.00 in default to the Trustee.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In Re:**

| | |
|---|---|
| **Jerry L. Baldwin,** | **Case No: 25-33283-KHK** |
| **Debtor.** | **Chapter 13** |

## NOTICE OF MOTION AND NOTICE OF HEARING

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered either dismissing the above-captioned case or converting it to one under Chapter 7 of the Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough, so the Court will receive it on or before the date stated above.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

You must also mail a copy to:

Michael R. Jones
Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1890

**Attend the Hearing scheduled to be held on July 15, 2026 at 11:00 A.M. at the U.S. Bankruptcy Court, 701 East Broad Street, Rm. 5000, Richmond, VA 23219.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

_____
David N. Tabakin (VSBN 82709)
P.O. Box 1819
Richmond, VA 23218-1819
Tel:      804.237.6800
Email:   DavidTabakin@RichChap13.com
         *Counsel for Michael R. Jones, Chapter 13 Trustee*

*/s/ David N. Tabakin*
David N. Tabakin (VSBN 82709)
P.O. Box 1819
Richmond, VA 23218-1819
Tel:    804.237.6800
Email: DavidTabakin@RichChap13.com
*Counsel for Michael R. Jones, Chapter 13 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that I have this **23rd day of June 2026,** caused a true copy of the foregoing Motion to be delivered by mail, hand, or electronic delivery, to the Debtor **Jerry L. Baldwin, 12511 Spring Run Road, Chesterfield, VA 23832** and to all recipients of electronic filing via CM/ECF.

*/s/ David N. Tabakin*
David N. Tabakin (VSBN 82709)
*Counsel for Michael R. Jones, Chapter 13 Trustee*